UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7

| | |
|---|---|
| Mifab, Inc.<br><br>                              Plaintiff,<br><br>           v.<br>United States Trade Representative, U.S. Customs and Border Protection Commissioner,<br>                              Defendant. | Court No. 21-00593<br>and Attached Schedule |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 09/20/2022

                                                                Tung A. Nguyen
                                                                _____
                                                                    Attorney for Plaintiff
                                                                1050 Connecticut Avenue, NW., Suite 1100
                                                                _____
                                                                    Street Address
                                                                Washington, DC 20036
                                                                _____
                                                                    City, State and Zip Code
                                                                202-861-1510
                                                                _____
                                                                    Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
| --- | --- | --- | --- |
| 21-00593 | Mifab, Inc. | | |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                          Clerk, U. S. Court of International Trade

                                          By: _____
                                                             Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)